[Nos. 28492-8-II; 28609-2-II. Division Two. March 11, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. KELLI JEAN COWIN, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. DAVID ALLEN COWIN, *Appellant*.

Appeals from a judgment of the Superior Court for Clallam County, No. 00-1-00256-3, George L. Wood, J., entered February 28, 2002. *Affirmed in part* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall, A.C.J., and Houghton, J. Now published at 116 Wn. App. 752.

[No. 28949-1-II. Division Two. March 11, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK ANTHONY CHRISTIAN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 01-1-02061-7, Barbara D. Johnson, J., entered June 13, 2002. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Armstrong, J.

[No. 20460-0-III. Division Three. March 13, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN PATRICK BATEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 01-1-00072-6, Larry M. Kristianson, J., entered August 3, 2001. *Affirmed in part*, *reversed in part*, and *remanded* by unpublished opinion per Schultheis, J., concurred in by Brown, C.J., and Kato, J.